IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA Inc.
**Plaintiff,**

v.

Noem et al.
**Defendant.**

Case No. 8:25-cv-00525

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that CASA Inc.
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of _____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| | |
|---|---|
| 2/20/2025 | /s/ Nowell D. Bamberger |
| Date | Signature |
| | Nowell Bamberger, Bar No. 21111 |
| | Printed name and bar number |
| | 2112 Pennsylvania Ave NW, Washington DC |
| | Address |
| | nbamberger@cgsh.com |
| | Email address |
| | 202-974-1500 |
| | Telephone number |
| | 202-974-1999 |
| | Fax number |