IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Casa, Inc., et al.,   *

**Plaintiff,**

  *

v.   Case No. 8:25-cv-525

  *

Kristi Noem, et al.,

  *

**Defendant.**

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **all defendants.**

I certify that I am admitted to practice in this Court.

February 26, 2025
Date

JEFFREY HARTMAN
Digitally signed by JEFFREY HARTMAN
Date: 2025.02.26 16:27:18 -05'00'
Signature

Jeffrey M. Hartman (WSBA 49810)
Printed name and bar number

450 5th Street NW, Washington DC 20530
Address

Jeffrey.M.Hartman@usdoj.gov
Email address

202-598-3052
Telephone number

N/A
Fax number