UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security and UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | Case No. 8:25-cv-00525-GLR<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS CASA, INC. AND MAKE THE ROAD NEW YORK'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs CASA, Inc. and Make the Road New York ("Plaintiffs"), by their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 56, respectfully move for:

(1) Summary judgment as to Count I of the Complaint, ECF No. 1, declaring Secretary Noem's January 28, 2025 vacatur of the January 17, 2025 decision extending TPS for Venezuela unlawful and of no effect; and

(2) Summary judgment as to Count II of the Complaint, ECF No. 1, declaring Secretary Noem's February 5, 2025 termination of the TPS designation for Venezuela unlawful and of no effect.

In support of the foregoing motions, Plaintiff relies on the Memorandum of Law submitted herewith, including the statement of undisputed material facts contained therein, and the accompanying exhibits and affidavits.

Dated: March 3, 2025

Respectfully submitted,

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   */s/ Nowell D. Bamberger*
     Nowell D. Bamberger (21111)
     Matthew D. Slater (05582)
     Rathna J. Ramamurthi (*phv forthcoming*)
     Madeline Hundley (*phv forthcoming*)
     Gillian Isabelle (*phv forthcoming*)
     Ava Kazerouni (*phv forthcoming*)
     2112 Pennsylvania Ave NW
     Washington, D.C. 20037
     Tel. (202) 974-1500
     Fax (202) 974-1999
     nbamberger@cgsh.com
     mslater@cgsh.com
     rramamurthi@cgsh.com
     mhundley@cgsh.com
     gisabelle@cgsh.com
     akazerouni@cgsh.com

WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

     Ryan Downer (*phv forthcoming*)
     Sarah L. Bessell
     Madeleine Gates (*seeking admission to D.Md.*)
     Ellie M. Driscoll (*phv forthcoming*)
     700 14th St. #400
     Washington, D.C. 20005
     Tel. (202) 319-1000
     Fax (202) 319-1010
     ryan_downer@washlaw.org
     sarah_bessell@washlaw.org
     madeleine_gates@washlaw.org
     ellie_driscoll@washlaw.org

CASA, INC.

     Nicholas Katz, Esq. (21920)
     8151 15th Avenue

       Hyattsville, MD 20783
       Tel. 240-491-5743
       nkatz@wearecasa.org

MAKE THE ROAD NEW YORK

       Harold A. Solis (*phv forthcoming*)
       Paige Austin (*phv forthcoming*)
       301 Grove Street
       Brooklyn, NY 11237
       Tel. (718) 418-7690
       Fax (866) 420-9169
       harold.solis@maketheroadny.org
       paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Nowell D. Bamberger, certify that I have served Plaintiffs' Motion for Partial Summary Judgment, the memorandum in support of the Motion, and all exhibits and declarations filed in support thereof, via the Court's ECF filing system, which will cause a copy of these documents to be delivered to all counsel of record.

SO CERTIFIED, this 3rd day of March 2025.

                                                  */s/ Nowell D. Bamberger*
                                                   Nowell D. Bamberger