UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | Case No. 8:25-cv-00525-GLR |

**ATTORNEY DECLARATION OF NOWELL D. BAMBERGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Nowell D. Bamberger, hereby declare:

1. I am a partner at Cleary Gottlieb Steen & Hamilton LLP, co-counsel for Plaintiffs CASA, INC. and Make the Road New York in this action, and a member of the bar of this Court and of the State of Maryland. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. The information set forth below is based on my personal knowledge, and if called to testify as a witness to its contents, I could and would competently testify to the following facts:

2. Attached as Plaintiffs' **Exhibit A** is a true and correct copy of the Secretary of the United States Department of Homeland Security's March 9, 2021 publication notice of "Designation of Venezuela for Temporary Protected Status and Implementation of Employment Authorization for Venezuelans Covered by Deferred Enforced Departure" as published in the Federal Register. 86 Fed. Reg. 13574.

3. Attached as Plaintiffs' **Exhibit B** is a true and correct copy of the Secretary of the

United States Department of Homeland Security's September 8, 2022 publication notice of "Extension of the Designation of Venezuela for Temporary Protected Status" as published in the Federal Register.  87 Fed. Reg. 55024.

4. Attached as Plaintiffs' **Exhibit C** is a true and correct copy of the Secretary of the United States Department of Homeland Security's October 3, 2023 publication notice of "Extension and Redesignation of Venezuela for Temporary Protected Status" as published in the Federal Register.  88 Fed. Reg. 68130.

5. Attached as Plaintiffs' **Exhibit D** is a true and correct copy of the Secretary of the United States Department of Homeland Security's January 17, 2025 publication notice of "Extension of the 2023 Designation of Venezuela for Temporary Protected Status" as published in the Federal Register.  90 Fed. Reg.  5961.

6. Attached as Plaintiffs' **Exhibit E** is a true and correct copy of the Secretary of the United States Department of Homeland Security's February 3, 2025 publication notice of "Vacatur of 2025 Temporary Protected Status Decision for Venezuela" as published in the Federal Register.  90 Fed. Reg. 8805.

7. Attached as Plaintiffs' **Exhibit F** is a true and correct copy of the Secretary of the United States Department of Homeland Security's February 5, 2025 publication notice of "Termination of the October 3, 2023 Designation of Venezuela for Temporary Protected Status" as published in the Federal Register.  90 Fed. Reg. 9040.

I declare under penalty of perjury, as required by 28 U.S.C. § 1746, that the foregoing statement is true and correct.

Executed on March 3, 2025 in Washington, D.C.

_____
Nowell D. Bamberger