UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | Case No. 8:25-cv-00525-GLR |

### DECLARATION OF SIENNA FONTAINE, GENERAL COUNSEL, MAKE THE ROAD NEW YORK

I, Sienna Fontaine, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am General Counsel of Make the Road New York ("MRNY"). I am slated to become a Co-Executive Director of MRNY as of April 1, 2025. As part of MRNY's Executive Leadership Team, I am responsible for shaping many of MRNY's organizational priorities; overseeing our staff; and fundraising. I have worked at MRNY since 2015. An important part of my role is to understand the needs and experiences of our members so that I can work with my staff to design appropriate interventions to address those needs. I therefore speak frequently with community members and receive feedback from staff regarding MRNY's members' fears, concerns, and decisions.

2. I make this statement based upon personal knowledge, files and documents of MRNY that I have reviewed (such as case notes, reports, and collected case metrics), as well as information supplied to me by employees of MRNY whom I believe to be reliable. These files, documents, and

1

information are of a type that is generated in the ordinary course of our business and that I customarily rely upon in conducting MRNY business.

3. MRNY is a nonprofit, membership-based community organization that integrates adult and youth education, legal and survival services, and community and civic engagement, in a holistic approach to help low-income New Yorkers improve their lives and neighborhoods. MRNY has five offices in New York state, located in Brooklyn, Queens, Staten Island, and in Suffolk and Westchester Counties.

**MRNY's Mission and Activities**

4. MRNY's mission is to build the power of immigrant and working-class communities to achieve dignity and justice.

5. MRNY depends on the expertise of its members to shape its vision and mission and remain accountable to the communities it serves. To become an MRNY member, individuals must apply for membership and generally pay dues. MRNY members lead organizing committees across MRNY's issue and program areas, take on leadership roles in its campaigns, determine its priorities, and elect the representatives who comprise the majority of the Board of Directors.

6. MRNY currently has over 200 staff members who provide services to thousands of individuals a year. To fulfill our mission, MRNY engages in four core strategies: Legal and Survival Services, Transformative Education, Community Organizing, and Policy Innovation.

7. MRNY's organizing team leads our advocacy work and campaigns. Each year, MRNY participates in dozens of actions around the state to advocate for policy and legislative changes that would impact our members and the communities we serve. The organization engages in a deliberative process with our staff and members to create an annual platform comprised of our legislative and policy priorities for the year and then dedicates significant resources to educating

and mobilizing our members to support those priorities. In the past, we have helped secure important legislative victories and reforms from expansion of eligibility for drivers' licenses in New York State to creation of a groundbreaking Excluded Workers Fund for workers unable to access unemployment and pandemic benefits because of their immigration status.

8. MRNY's organizing team facilitates standing committees in many areas of importance to our members. One of our most active committees is the Civil Rights and Immigrant Power Project ("CRIPP"), which works on campaigns for immigration reforms at the state and federal level.

9. MRNY's services teams, which include legal, health, and adult education, are on the front line with immigrant communities in New York and serve thousands of immigrants each year. Our immigration legal team covers a wide range of cases, including affirmative applications such as adjustment of status, naturalization, Deferred Action for Childhood Arrivals (DACA), TPS, and visas for survivors of violence, as well as removal defense before the immigration courts. In addition, the legal team assists other departments in advocacy, planning, and training related to pending laws or regulations and engages in impact litigation. Our housing legal team, which represents many MRNY members, assists hundreds of families in housing court cases involving evictions, hazardous conditions, and housing discrimination. The team routinely supports tenants who owe back rent or who cannot afford either their existing rent or the cost of relocation in avoiding homelessness by obtaining financial assistance through New York City programs. These programs require that at least one member of the household have lawful immigration status.

10. Lastly, MRNY's adult education team provides English-language classes for hundreds of individuals for whom English is not their first language and assists immigrants with civics, adult basic education, and citizenship classes. In addition, MRNY provides classes that lead

directly to greater employment opportunities such as computer classes and Bridge to Health Careers classes.

**Harm to MRNY's Members From the Vacatur and Termination**

11. MRNY is a membership-based organization. Currently, we have over 28,000 members residing in New York City, Westchester County, and Long Island, and primarily in the boroughs of Queens, Brooklyn and Staten Island. Our membership is drawn primarily from Spanish-speaking immigrant communities. Although we do not collect immigration status information for our members, at least 20 are Venezuelan TPS beneficiaries or prima-facie eligible applicants for TPS and more than 200 whose country of origin is Venezuela.

12. MRNY has held over a dozen clinics dedicated exclusively to assisting TPS applicants, including with obtaining employment authorization. In total, MRNY has assisted over 60 Venezuelan clients in applying for TPS. MRNY has also conducted significant public education, training, and outreach around TPS generally and TPS for Venezuelans in particular. Since 2021, MRNY has created and disseminated many bilingual resources on TPS for Venezuelans and hosted information sessions and trainings that provided information on TPS for Venezuelans.

13. MRNY maintains a database of its members. However, we do not have current contact information or a means of reaching all of our members, as individuals change phone numbers and addresses frequently. The frequency of these changes reflects the composition of our membership, which is drawn from low-income and working-class communities who often face financial hardship. While we strive to remain in contact with our members, these realities mean we cannot reliably reach all our members in a timely way.

14. Because of concerns for our members' privacy and the importance of their trust in MRNY as crucial to our mission and work, MRNY does not share our membership information with third parties including governmental agencies.

15. MRNY has members who have TPS status based either on the initial designation of Venezuela for TPS in March 2021 (the "2021 Designation") or the October 2023 re-designation of Venezuela (the "2023 Designation").

16. MRNY has members who are or may be directly impacted by Secretary Noem's January 28, 2025 Vacatur of the January 17, 2025 Extension by Secretary Mayorkas (the "Vacatur") and the February 5, 2025 Termination of the 2023 Designation (the "Termination").

17. Based on MRNY's records, I have determined that the following individuals are TPS holders, and hold TPS-based work authorization where noted, which they risk losing as a result of the Vacatur and Termination:

18. "K.F." is a member of MRNY and a TPS holder under the 2021 Designation.[1] K.F. additionally has TPS-based work authorization.

19. "J.Z." is a member of MRNY and a TPS holder under the 2023 Designation. J.Z. additionally has TPS-based work authorization.

20. "K.P." is a member of MRNY and a TPS holder under the 2023 Designation. K.P. additionally has TPS-based work authorization.

21. "C.M." is a member of MRNY and a TPS holder under the 2023 Designation.

22. Based on inquiries of our members, I have identified the following additional harms that these individuals are incurring as a result of the Vacatur and Termination:

---

[1] To protect the privacy and security of our members, I am using initials to identify them. The identities of each of these individuals is known to me personally based on files and documents of MRNY that I have reviewed (such as case notes, reports, and collected case metrics).

5

23. K.F. has lived in New York since 2019. K.F. was an anesthesiologist in Venezuela with decades of experience in medicine, but after her participation in anti-government protests in Venezuela in 2018 and with growing repression in the country, she felt she had no choice but to leave. With TPS, she was able to obtain an elder care license and began working as a health aide in New York. With her income, K.F. supports her elderly parents in Venezuela. She is terrified of returning to Venezuela given the persecution directed at activists and professionals perceived as activists, from forced disappearances to prolonged incarceration without food or light. K.F. has never been in removal proceedings and has no other applications or relief pending. On January 22, 2025, she applied to renew her TPS.

24. J.Z. and her two minor daughters arrived in the United States in July 2023 and received grants of TPS in February 2024, along with J.Z.'s husband and stepdaughter. After their TPS approval, an immigration judge dismissed their removal proceedings. The family reasonably fears the prospect of losing protection from removal and employment authorization if TPS ends. One of J.Z.'s daughters was sexually abused before fleeing Venezuela and lives in fear of returning. Since the TPS rescission, J.Z.'s daughters are scared, anxious, and dispirited. Her husband, who also has TPS, suffered a serious back injury in 2024 and is still receiving treatment and is in need of possible surgery. Deportation would disrupt that and prevent him from making a full recovery.

25. K.P. has lived in the U.S. since July 2022. K.P. and her family fled Venezuela due to the danger they faced as anti-government political activists, but they do not have counsel in their removal proceedings and are fearful of losing their case, being removed to Venezuela, and suffering more persecution. With TPS, the family feels a greater sense of security. Many of K.P.'s friends and neighbors are scared to leave their homes due to ICE raids, but with TPS, K.P. feels

secure leaving her home to perform critical parental duties, such as bringing her 6-year-old daughter to school.

26. C.M. has lived in the U.S. since April 2021. C.M. has had a pending asylum application since October 2021, but even after years of waiting she does not have her next court appearance until the summer of 2026. She relies on her TPS-based employment authorization and works at an airport. C.M. was attacked in Venezuela on several occasions for protesting the Chavez and Maduro regimes: she was brutally beaten, threatened with death, and her home raided and destroyed. Because of her political opposition to the government there, C.M. is afraid that she will be jailed or even killed if she returns to Venezuela.

27. As these individuals demonstrate, the communities MRNY serves will be harmed by the Vacatur and Termination.

28. Every day, hundreds of people come to MRNY's five community-based offices or directly contact a member of our staff seeking information and assistance on a range of issues, particularly in the aforementioned areas including immigration, housing, and healthcare. Our staff regularly hold committee meetings, community-education sessions, and one-on-one meetings with our members and the communities we serve. Because of this, we experience firsthand the very harmful impact of policy changes targeting immigrants, including the Vacatur and Termination of TPS for Venezuela.

29. Since the Vacatur and Termination, we have begun to observe the impact on our members. As the experiences above demonstrate, members have expressed fear over the loss of protection from removal and face increasing anxiety about the prospect of being forcibly returned to a country where they face persecution. The Termination threatens to unravel community members' hard-won stability, potentially forcing them to choose between remaining in the U.S.

without status or returning to face the very dangers that prompted their flight. In addition, the Vacatur has harmed 2021 TPS renewal applicants, causing fear and confusion regarding the change in process. Applicants who applied under the January 2025 Extension are left hanging in bureaucratic purgatory and face increasing instability.

30. MRNY members are experiencing anxiety about the loss of access to essential rights, healthcare and sources of income as a result of the Vacatur and Termination. Members fear engaging in simple acts, such as taking their children to school, out of fear of raids. Additionally, members rely on their TPS-based employment authorization to provide a source of income for themselves and their families, who depend on the income for basic needs and critical healthcare.

31. Members who were in danger in Venezuela, often for their political activity, face severe mental anguish at the prospect of being forcibly returned to a country where they face persecution, beatings, imprisonment, and even death. These fears have manifested into heightened anxiety for individuals, many of whom were already trauma survivors.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
Sienna Fontaine

Executed this March 3, 2025