UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | Case No. 8:25-cv-00525-GLR |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment ("the Motion") and the parties' papers and arguments regarding the Motion, it is hereby ORDERED this ___ day of _____, 2025, that:

1. The Motion is **GRANTED**;

2. The Secretary of the United States Department of Homeland Security's February 3, 2025 notice of "Vacatur of 2025 Temporary Protected Status Decision for Venezuela" published in the Federal Register (90 Fed. Reg. 8805) is unlawful and of no effect;

3. The Secretary of the United States Department of Homeland Security's February 5, 2025 notice of "Termination of the October 3, 2023 Designation of Venezuela for Temporary Protected Status" published in the Federal Register (90 Fed. Reg. 9040) is unlawful and of no effect;

4. The United States Department of Homeland Security's January 17, 2025 notice of "Extension of the 2023 Designation of Venezuela for Temporary Protected Status" published in the Federal Register (90 Fed. Reg. 5961) remains in effect and any termination of it can take effect no sooner than October 3, 2026;

5. Judgment be **ENTERED** in favor of Plaintiffs CASA. Inc. and Make the Road New York; and

6. This Court retains jurisdiction to order "further relief" pursuant to 28 U.S.C. § 2201 as may be appropriate.

Dated: _____

                                                                  George L. Russell, III
United States District Judge