# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CASA Inc. et al.

**Plaintiff,**

v.

Noem et al.

**Defendant.**

\* \* \* \*

**Case No.** 8:25-cv-00525-GLR

## MOTION FOR ADMISSION PRO HAC VICE

I, Nowell D. Bamberger , am a member in good standing of the bar of this

Court. I am moving the admission of Ellie Driscoll

to appear pro hac vice in this case as counsel for CASA Inc. and Make the Road New York .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| District of Columbia (11/15/2023) | D.D.C. (1/16/2025) |
| | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court ___0___ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_____
Signature

Nowell D. Bamberger (21111)
Printed name and bar number

Cleary Gottlieb Steen & Hamilton LLP
Office name

2112 Pennsylvania Ave., NW, Washington, DC 20037
Address

(202) 974-1752
Telephone number

(202) 974-1999
Fax Number

nbamberger@cgsh.com
Email Address

PROPOSED ADMITTEE

_____
Signature

Ellie Driscoll
Printed name

Washington Lawyers Committee for Civil Rights & Urban Affairs
Office name

700 14th St. NW, Ste 400, Washington, DC 20005
Address

(202) 319-1046
Telephone number

(202) 319-1010
Fax Number

ellie_driscoll@washlaw.org
Email Address