UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | Case No. 8:25-cv-00525-GLR |

**REQUEST FOR EXPEDITED HEARING ON
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 105(6), Plaintiffs CASA, Inc. and Make the Road New York ("Plaintiffs") respectfully request that the Court schedule an **expedited hearing between March 25 and April 4, 2025, and in any event prior to April 7, 2025**, on Plaintiffs' Motion for Partial Summary Judgment (ECF No. 8) (the "Motion"), which seeks a declaratory judgment that certain actions taken by the Defendants are contrary to law and of no effect. *See* Fed. R. Civ. Pro. 57 ("[T]he court may order a speedy hearing of a declaratory-judgment action.").

The Motion challenges as facially contrary to law actions by the Secretary of Homeland Security purporting to early terminate Temporary Protected Status ("TPS") for individuals from Venezuela. *See* ECF No. 8-8. Expedited hearing and action on this matter is necessary because the challenged agency actions will otherwise take effect on April 7, 2025. *Id.* at 3. As the Memorandum in Support of the Motion explains, the governing statute precludes any termination from taking effect any sooner than the expiration of the most recent term of TPS, 8 U.S.C. §

1254a(b)(3)(B), which in this case is October 2, 2026, and this Court has authority under the Administrative Procedure Act, 5 U.S.C. § 706(2), to set aside the Secretary's unlawful actions that purport to terminate TPS sooner than that.

Pursuant to Local Rule 105(2), Defendants' Opposition to the Motion, if any, is due on March 17, 2025. Plaintiffs do not request that that time be shortened. Plaintiffs will accelerate their Reply and file it on March 24, 2025.

The undersigned contacted counsel for Defendants the Department of Homeland Security and Secretary Noem to request their position on this Hearing Request. In response, Defendants informed us that they will contend that the Motion is premature.

Dated: March 5, 2025

Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   */s/ Nowell D. Bamberger*
      Nowell D. Bamberger (21111)
      Matthew D. Slater (05582)
      Rathna J. Ramamurthi (*pro hac vice*)
      Madeline Hundley (*pro hac vice*)
      Gillian Isabelle (*pro hac vice*)
      Ava Kazerouni (*pro hac vice*)
      2112 Pennsylvania Ave NW
      Washington, D.C. 20037
      Tel. (202) 974-1500
      Fax (202) 974-1999
      nbamberger@cgsh.com
      mslater@cgsh.com
      rramamurthi@cgsh.com
      mhundley@cgsh.com
      gisabelle@cgsh.com
      akazerouni@cgsh.com

WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

>Ryan Downer (*pro hac vice*)
>Sarah L. Bessell (30969)
>Madeleine Gates (*seeking admission to D.Md.*)
>Ellie M. Driscoll (*pro hac vice*)
>700 14th St. #400
>Washington, D.C. 20005
>Tel. (202) 319-1000
>Fax (202) 319-1010
>ryan_downer@washlaw.org
>sarah_bessell@washlaw.org
>madeleine_gates@washlaw.org
>ellie_driscoll@washlaw.org

CASA, INC.

>Nicholas Katz, Esq. (21920)
>8151 15th Avenue
>Hyattsville, MD 20783
>Tel. (240) 491-5743
>nkatz@wearecasa.org

MAKE THE ROAD NEW YORK

>Harold A. Solis (*pro hac vice*)
>Paige Austin (*pro hac vice*)
>301 Grove Street
>Brooklyn, NY 11237
>Tel. (718) 418-7690
>harold.solis@maketheroadny.org
>paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*