IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA, Inc., et al.,

    **Plaintiff,**

v.

Noem, et. al.,

    **Defendant.**

Case No. 8:25-cv-525

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the <u>all Defendants</u>

I certify that I am admitted to practice in this Court.

03/06/25
Date

SARAH VUONG
Digitally signed by SARAH VUONG
Date: 2025.03.06 15:07:58 -05'00'
Signature

Sarah L Vuong CA Bar 258528
Printed name and bar number

P.O. Box 868, Ben Franklin Station Washington, DC 20044
Address

sarah.l.vuong@usdoj.gov
Email address

202-305-1263
Telephone number

N/A
Fax number