IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____        *
**Plaintiff,**
                              *
v.                                    Case No. _____
                              *
_____        *
**Defendant.**

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the _____

I certify that I am admitted to practice in this Court.

_____        *Sarah L Bessell*
Date                          Signature

                              _____
                              Printed name and bar number

                              _____
                              Address

                              _____
                              Email address

                              _____
                              Telephone number

                              _____
                              Fax number