UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

CASA, INC. and MAKE THE ROAD NEW YORK

    *Plaintiffs*,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY

    *Defendants*.

Case No. 8:25-cv-00525-GLR

### NOTICE OF CROSS-MOTION FOR A STAY OF AGENCY ACTION

PLEASE TAKE NOTICE that, in response to Defendants' Motion to Stay Partial Summary Judgment Briefing (ECF No. 27) ("Stay Motion"), Plaintiffs CASA, Inc. and Make the Road New York will and hereby do cross-move for an order pursuant to 5 U.S.C. § 705 staying the effective date of the following agency actions pending judicial review by this Court:

- Defendants' decision of February 3, 2025 at 90 Fed. Reg. 8805, purporting to "vacate" the extension of Temporary Protected Status ("TPS") for Venezuela issued on January 17, 2025; and

- Defendants' order of February 5, 2025 at 90 Fed. Reg. 9040, purporting to issue a new decision terminating the 2023 TPS designation for Venezuela.

To prevent irreparable harm, and in the event that the Court does not grant Plaintiffs' Motion for Partial Summary Judgment (ECF No. 8) prior to that date, Plaintiffs respectfully ask this Court to act on this cross-motion on or before April 7, 2025, the date on which Defendants' unlawful acts are set to take effect.

This Cross-Motion is based upon this Notice of Cross-Motion; the accompanying Memorandum in Opposition to Defendants' Motion to Stay Partial Summary Judgment Briefing and in Support of Plaintiffs' Cross-Motion for a Stay of Agency Action; the Declarations of Nowell D. Bamberger (ECF No. 8-2), George Escobar (ECF No. 8-9) and Sienna Fontaine (ECF No. 8-10); the pleadings and filings in this case; any additional matter of which the Court may take judicial notice; and such further evidence or argument as may be presented before, at, or after related hearings.

Date: March 10, 2025

Respectfully submitted,

                                     CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                     By:    */s/ Nowell D. Bamberger*
                                                 Nowell D. Bamberger (21111)
                                                 Matthew D. Slater (05582)
                                                 Rathna J. Ramamurthi (*pro hac vice*)
                                                 Madeline Hundley (*pro hac vice*)
                                                 Gillian Isabelle (*pro hac vice*)
                                                 Ava Kazerouni (*pro hac vice*)
                                                 2112 Pennsylvania Ave NW
                                                 Washington, D.C. 20037
                                                 Tel. (202) 974-1500
                                                 Fax (202) 974-1999
                                                 nbamberger@cgsh.com
                                                 mslater@cgsh.com
                                                 rramamurthi@cgsh.com
                                                 mhundley@cgsh.com
                                                 gisabelle@cgsh.com
                                                 akazerouni@cgsh.com

                                                 WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

                                                 Ryan Downer (*pro hac vice*)
                                                 Sarah L. Bessell (30969)
                                                 Madeleine Gates (*seeking admission to D.Md.*)

    Ellie M. Driscoll (*pro hac vice*)
    700 14th St. #400
    Washington, D.C. 20005
    Tel. (202) 319-1000
    Fax (202) 319-1010
    ryan_downer@washlaw.org
    sarah_bessell@washlaw.org
    madeleine_gates@washlaw.org
    ellie_driscoll@washlaw.org

CASA, INC.

    Nicholas Katz, Esq. (21920)
    8151 15th Avenue
    Hyattsville, MD 20783
    Tel. 240-491-5743
    nkatz@wearecasa.org

MAKE THE ROAD NEW YORK

    Harold A. Solis (*pro hac vice*)
    Paige Austin (*pro hac vice*)
    301 Grove Street
    Brooklyn, NY 11237
    Tel. (718) 418-7690
    Fax (866) 420-9169
    harold.solis@maketheroadny.org
    paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*