UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | Case No. 8:25-cv-00525-GLR |

## JOINT STIPULATED BRIEFING SCHEDULE

WHEREAS, on March 10, 2025, Plaintiffs CASA Inc. and Make the Road New York ("Plaintiffs") filed a Cross-Motion to Stay Agency Action pursuant to 5 U.S.C. § 705 (ECF Nos. 29, 32) (the "Motion");

WHEREAS, Plaintiffs and counsel for the Department of Homeland Security and Homeland Security Secretary Kristi Noem ("Defendants") have agreed to a briefing schedule for the Motion in light of the April 7, 2025 date on which the challenged agency action would otherwise take effect and in light of the Court's March 11, 2025 Order (ECF No. 33);

NOW, THEREFORE, the parties by their undersigned counsel hereby stipulate:

(1) Defendants will file their Opposition to the Motion on or before March 21, 2025;

(2) Plaintiffs will file their Reply in further support of the Motion on or before March 26, 2025;

(3) The Parties respectfully request that the Court schedule a hearing on the Motion between March 26, 2025 and April 7, 2025; and

(4) The Parties accordingly respectfully request the Court enter the concurrently submitted [Proposed] Order.

Dated: March 12, 2025

Respectfully Submitted,

<div style="display: flex;">

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Nowell D. Bamberger
     Nowell D. Bamberger (21111)
     Matthew D. Slater (05582)
     Rathna J. Ramamurthi (*pro hac vice*)
     Madeline Hundley (*pro hac vice*)
     Gillian Isabelle (*pro hac vice*)
     Ava Kazerouni (*pro hac vice*)
     2112 Pennsylvania Ave NW
     Washington, D.C. 20037
     Tel. (202) 974-1500
     Fax (202) 974-1999
     nbamberger@cgsh.com
     mslater@cgsh.com
     rramamurthi@cgsh.com
     mhundley@cgsh.com
     gisabelle@cgsh.com
     akazerouni@cgsh.com

WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

     Ryan Downer (*pro hac vice*)
     Sarah L. Bessell (30969)
     Madeleine Gates (*seeking admission to D.Md.*)
     Ellie M. Driscoll (*pro hac vice*)
     700 14th St. #400
     Washington, D.C. 20005
     Tel. (202) 319-1000
     Fax (202) 319-1010
     ryan_downer@washlaw.org
     sarah_bessell@washlaw.org
     madeleine_gates@washlaw.org
     ellie_driscoll@washlaw.org

</div>

YAAKOV M. ROTH
Acting Assistant Attorney General

SARAH L. VUONG
Assistant Director

WILLIAM H. WEILAND
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
LUZ MARIA RESTREPO
Trial Attorneys

/s/ Anna L. Dichter
ANNA L. DICHTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-2405
Anna.L.Dichter@usdoj.gov

*Attorneys for the Defendants*

CASA, INC.

>Nicholas Katz, Esq. (21920)
>8151 15th Avenue
>Hyattsville, MD 20783
> Tel. 240-491-5743
>nkatz@wearecasa.org

MAKE THE ROAD NEW YORK

>Harold A. Solis (*pro hac vice*)
>Paige Austin (*pro hac vice*)
>301 Grove Street
>Brooklyn, NY 11237
>Tel. (718) 418-7690
>Fax (866) 420-9169
>harold.solis@maketheroadny.org
>paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*