UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | Case No. 8:25-cv-00525-GLR |

## ORDER

Pursuant to the parties' stipulation, the following schedule will govern the briefing of Plaintiffs' Cross-Motion to Stay Agency Action (ECF Nos. 29, 32):

(1) Defendants will file their Opposition to the Motion on or before March 21, 2025;

(2) Plaintiffs will file their Reply in further support of the Motion on or before March 26, 2025; and

(3) Plaintiffs will submit Proposed Findings of Fact and Conclusions of Law in PDF format by Noon on March 27, 2025.

The Court will hear argument if necessary on the Motion at a date and time to be determined.

SO ORDERED, this 13th day of March 2025.

/s/
George L. Russell III
Chief United States District Judge