# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　　Defendants. | Case No. 8:25-cv-00525 |

# [PROPOSED] ORDER

Before the Court is the motion[1] of Immigration Reform Law Institute for leave to file a brief as *amicus curiae* in support of Defendants and in opposition to Plaintiffs' cross-motion for a stay of agency action. For the reasons set forth by movant, the motion is GRANTED.

SO ORDERED.

Dated this 24th day of March, 2025.

_____
HONORABLE GEORGE LEVI RUSSELL III
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs oppose the filing of this amicus brief on the ground that IRLI's filing on March 24, 2025 would be "prejudicial to Plaintiffs' time" to file their reply, due on March 26, 2025, and to file proposed findings of fact and conclusions of law, due on March 27, 2025.