UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | Case No. 8:25-cv-00525-GLR |

**ATTORNEY DECLARATION OF NOWELL D. BAMBERGER IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR A STAY OF AGENCY ACTION**

I, Nowell D. Bamberger, hereby declare:

1. I am a partner at Cleary Gottlieb Steen & Hamilton LLP, co-counsel for Plaintiffs CASA, Inc. and Make the Road New York in this action, and a member of the bar of this Court and of the State of Maryland. I submit this declaration in support of Plaintiffs' Cross-Motion for a Stay of Agency Action (ECF No. 32). The information set forth below is based on my personal knowledge, and if called to testify as a witness to its contents, I could and would competently testify to the following facts:

2. Attached as Plaintiffs' **Exhibit A** is a true and correct copy of a March 21, 2025 Associated Press article titled "A timeline of the legal wrangling and deportation flights after Trump invoked the Alien Enemies Act," accessible at: https://apnews.com/article/trump-deportation-courts-aclu-venezuelan-gang-timeline-43e1deafd66fc1ed4e934ad108ead529.

3. Attached as Plaintiffs' **Exhibit B** is a true and correct copy of a March 19, 2025 Washington Post article titled "In tweets and memes: The Trump administration's deportation

policy," accessible at: https://www.washingtonpost.com/nation/2025/03/18/tweets-memes-trump-administrations-deportation-policy.

4. Attached as Plaintiffs' **Exhibit C** is a true and correct copy of the March 19, 2025 Order entered by the Honorable Chief Judge James E. Boasberg in *J.G.G. et al., v. Donald J. Trump, et al.*, No. 1:25-cv-00766-JEB, ECF No. 38.

5. Attached as Plaintiffs' **Exhibit D** is a true and correct copy of the sworn declaration of Robert L. Cerna dated March 17, 2025, filed in *J.G.G., et al., v. Donald J. Trump, et al.*, No. 1:25-cv-00766-JEB, ECF No. 26-1.

6. Attached as Plaintiffs' **Exhibit E** is a true and correct copy of a March 20, 2025 New York Times article titled, "Intelligence Assessment Said to Contradict Trump on Venezuelan Gang," accessible at: https://www.nytimes.com/2025/03/20/us/politics/intelligence-trump-venezuelan-gang-alien-enemies.html.

7. Attached as Plaintiffs' **Exhibit F** is a true and correct copy of a March 21, 2025 National Public Radio article titled "Families of deported Venezuelans dispute gang claims after deportations under Alien Enemies Act," accessible at: https://www.npr.org/2025/03/21/nx-s1-5333886/families-of-deported-venezuelans-dispute-gang-claims-after-deportations-under-alien-enemies-act.

8. Attached as Plaintiffs' **Exhibit G** is a true and correct copy of a BBC article titled "Trump revoking protections for Cubans, Haitians and other migrants, accessible at: https://www.bbc.com/news/articles/c33706jy774o. (last accessed on March 26, 2025)

I declare under penalty of perjury, as required by 28 U.S.C. § 1746, that the foregoing statement is true and correct.

Executed on March 26, 2025 in Washington, D.C.

                                      *Nowell D. Bamberger*
                                      Nowell D. Bamberger