UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>     *Defendants*. | Case No.: 8:25-cv-00525-GLR |

### NOTICE OF LODGING

Plaintiffs CASA, Inc. ("CASA") and Make the Road New York ("MRNY") respectfully lodge the accompanying exhibit regarding Plaintiffs' Cross-Motion to Stay Agency Action (ECF No. 32).

On March 24, 2025, a hearing was conducted in *National TPS Alliance v. Noem*, No. 3:25-cv-1766 (EMC) (N.D. Cal.), concerning the motion of plaintiffs in that case under 5 U.S.C. § 705 for a postponement of the effective date of the same Vacatur ("Vacatur of 2025 Temporary Protected Status Decision for Venezuela," 90 Fed. Reg. 8805 (Feb. 3, 2025)) and Termination ("Termination of the October 3, 2023 Designation of Venezuela for Temporary Protected Status," 90 Fed. Reg. 9040 (Feb. 5, 2025)) that are at issue here. Plaintiffs' counsel received the transcript of that hearing only after Plaintiffs filed their Reply Brief in Support of Their Cross-Motion for a Stay of Agency Action on March 26, 2025 (ECF No. 43).

By this filing, Plaintiffs seek to make the full transcript of the March 24 hearing available to the Court for such use as may be helpful. Defendants' counsel in the California case also

represent Defendants here, and they are therefore fully aware of the matter.

Plaintiffs wish to bring to the Court's attention that at the March 24 hearing, among other points, Defendants' counsel acknowledged that, notwithstanding 8 U.S.C. § 1254a(b)(5), the Court has jurisdiction to review whether Secretary Noem had legal authority to vacate the January 2025 Extension:

> **THE COURT:** Okay. So you could have judicial reviews as to the -- construing the statute, for instance, in determining whether or not there was implicit authority or not?
>
> **MS. VUONG:** Yes, Your Honor.

Tr. at 50:12 – 50:15.

Date: March 28, 2025

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Nowell D. Bamberger
Nowell D. Bamberger (21111)
Matthew D. Slater (05582)
Rathna J. Ramamurthi (*pro hac vice*)
Madeline Hundley (*pro hac vice*)
Gillian Isabelle (*pro hac vice*)
Ava Kazerouni (*pro hac vice*)
2112 Pennsylvania Ave NW
Washington, D.C. 20037
Tel. (202) 974-1500
Fax (202) 974-1999
nbamberger@cgsh.com
mslater@cgsh.com
rramamurthi@cgsh.com
mhundley@cgsh.com
gisabelle@cgsh.com
akazerouni@cgsh.com

WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

Ryan Downer (*pro hac vice*)

        Sarah L. Bessell (30969)
        Madeleine Gates (seeking admission to D.Md.)
        Ellie M. Driscoll (*pro hac vice*)
        700 14th St. #400
        Washington, D.C. 20005
        Tel. (202) 319-1000
        Fax (202) 319-1010
        ryan_downer@washlaw.org
        sarah_bessell@washlaw.org
        madeleine_gates@washlaw.org
        ellie_driscoll@washlaw.org

CASA, INC.

        Nicholas Katz, Esq. (21920)
        Hyattsville, MD 20783
        Tel. 240-491-5743
        nkatz@wearecasa.org

MAKE THE ROAD NEW YORK

        Harold A. Solis (*pro hac vice*)
        Paige Austin (*pro hac vice*)
        301 Grove Street
        Brooklyn, NY 11237
        Tel. (718) 418-7690
        Fax (866) 420-9169
        harold.solis@maketheroadny.org
        paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 28, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                        */s/ Nowell D. Bamberger*
                                        Nowell D. Bamberger