IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA, INC., ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-25-0525 |
| SECRETARY KRISTI NOEM, ET AL., | * | |
| Defendants. | * | |

\*\*\*

**ORDER**

In light of the nationwide relief under 5 U.S.C. § 705 ordered by Judge Edward M. Chen in <u>National TPS Alliance v. Noem</u>, 3:25-cv-01766, (N.D. Cal.) (ECF No. 93) that postpones Secretary of Homeland Security Kristi Noem's decisions to vacate the extension of the 2023 Designation and to terminate the 2023 Designation for Venezuela, the Court will deny Plaintiffs' Motion to Stay (ECF No. 32) as moot. The Court will order the parties to submit a joint status report within thirty (30) days of the status of litigation, including in the Northern District of California and elsewhere to the extent it is relevant to the matters in this case. Accordingly, it is this 1st day of April, 2025 hereby:

ORDERED that Plaintiffs' Cross-Motion to Stay (ECF No. 32) is DENIED as MOOT without prejudice; and

IT IS FURTHER ORDERED that Plaintiffs shall FILE a joint status report within 30 days of this Order.

/s/
George L. Russell, III
Chief United States District Judge