# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK,<br><br>                   *Plaintiffs*,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>                  *Defendants*. | Case No.: 8:25-cv-00525-GLR |

## JOINT STATUS REPORT

Pursuant to this Court's April 1, 2025 Order, ECF No. 49 (the "Order"), the parties, Plaintiffs CASA, Inc. and Make the Road New York (together, the "Plaintiffs") and Defendants Department of Homeland Security ("DHS") and Kristi Noem in her official capacity as DHS Secretary (together, the "Defendants"), by and through their undersigned counsel, hereby make the following joint report to the Court.

**Procedural History**

1. This action was initiated on February 20, 2025. *See* ECF No. 1 (the "Complaint"). On March 11, 2025, Plaintiffs moved pursuant to 5 U.S.C. § 705 to stay the effective date of Defendants' vacatur of the January 17, 2025 extension of Temporary Protected Status ("TPS") for Venezuelans[1] and the subsequent termination of Venezuela's 2023 TPS Designation.[2] ECF No. 32 (the "Motion to Stay"). On April 1, 2025, the Court denied as "moot" "without prejudice"

---

[1] Vacatur of 2025 Temporary Protected Status Decision for Venezuela, 90 Fed. Reg. 8805 (Feb. 3, 2025) (the "Vacatur").
[2] Termination of the October 3, 2023 Designation of Venezuela for Temporary Protected Status, 90 Fed. Reg. 9040 (Feb. 5, 2025) (the "Termination").

Plaintiffs' Motion to Stay. ECF No. 49. The Court's basis for doing so was that another court had already entered the relief Plaintiffs seek. *See Nat'l TPS All. v. Noem*, No. 25-cv-1766-EMC, 2025 WL 957677, at *47 (N.D. Cal. Mar. 31, 2025) (the "California Decision"). The Order also directed the parties to file a joint status report within 30 days of the Order on "the status of the litigation, including in the Northern District of California and elsewhere to the extent it is relevant to the matters in this case." ECF No. 49.

2. On April 8, 2025, Plaintiffs moved for clarification regarding the Order. ECF No. 51. Specifically, Plaintiffs requested clarification that, should circumstances regarding the California Decision change, Plaintiffs could renew their Motion to Stay on the existing briefing such that it would be ripe for immediate action by the Court. *See id.* No response to that motion has been filed.

3. On April 28, 2025, Defendants filed a motion to dismiss Plaintiffs' Complaint. ECF No. 54.

**Status of Related Litigation**

4. As this Court is aware, parallel litigation against Defendants has been filed in both the Northern District of California[3] and the District of Massachusetts alleging that the Vacatur and Termination are unlawful.

5. ***Nat'l TPS All. v. Noem*, No. 25-cv-1766-EMC (N.D. Cal.).** In *National TPS Alliance v. Noem*, Judge Edward M. Chen granted the plaintiffs' motion to postpone the Vacatur and Termination pursuant to 5 U.S.C. § 705 on March 31, 2025. *Nat'l TPS All. v. Noem*, 2025 WL 957677, at *47 (N.D. Cal. Mar. 31, 2025).

---

[3] On March 20, 2025, plaintiffs filed their First Amended Complaint to include additional allegations relating to Defendants' "partial vacatur" of the July 1, 2024 extension and redesignation of Haiti for TPS. First Am. Compl., *Nat'l TPS All. v. Noem*, No. 25-cv-1766-EMC (N.D. Cal. Mar. 20, 2025), ECF No. 74.

6. On April 1, 2025, Defendants appealed the California Decision and moved to stay it. Notice of Appeal, *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. Apr. 1, 2025), ECF No. 94; Defs.' Emergency Motion to Stay the Order of Postponement Pending Appeal, *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. Apr. 1, 2025), ECF No. 95. On April 4, 2025, Judge Chen denied that motion. Order Denying Defs.' Motion to Stay at 1–2, *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. Apr. 4, 2025), ECF No. 102.

7. On April 4, 2025, Defendants moved for an emergency stay pending appeal in the Ninth Circuit, including a request to limit the California Decision "to encompass only the Plaintiffs (and their associated members) on the date their complaint was filed." Defs.' Motion to Stay Lower Court of Agency Proceedings, *Nat'l TPS All. v. Noem*, Case No. 25-2120 (9th Cir. Apr. 4, 2025), ECF No. 3. On April 18, 2025, the Ninth Circuit denied that motion. Order, *Nat'l TPS All. v. Noem*, No. 25-2120 (9th Cir. Apr. 18, 2025), ECF No. 21.

8. Defendants' opening brief on the merits of their appeal was filed on April 30, 2025. Briefing will be complete on June 18, 2025. The Ninth Circuit further ordered that the case be placed on the July 2025 argument calendar. Order, *Nat'l TPS All. v. Noem*, No. 25-2120 (9th Cir. Apr. 18, 2025), ECF No. 21. As of the date of this filing, oral argument has not yet been scheduled.

9. On April 25, 2025, Defendants moved to stay district court proceedings pending the Ninth Circuit's decision on appeal. Defs.' Motion to Stay Further District Court Proceedings, *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. Apr. 25, 2025), ECF No. 115. That motion remains pending.

10. On April 29, 2025, Defendants moved to dismiss the Plaintiffs' First Amended Complaint. *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. Apr. 29, 2025), ECF No. 122.

11. The Parties have stipulated to a Motion for Summary Judgment Briefing Schedule.

*Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. Apr. 29, 2025), ECF No. 119. The district court will hear argument on those motion on July 11, 2025. *Id*.

12. On May 1, 2025, Defendants moved in the Supreme Court, as they had in the Ninth Circuit, to stay Judge Chen's order or to limit it to the named members of the organizational plaintiffs.

13. ***Haitian-American United, Inc. v. Trump,* No. 1:25-cv-10498 (D. Mass.).** In *Haitian-American United, Inc. v. Trump*, the plaintiffs moved to stay the Vacatur and Termination, along with DHS's subsequent partial vacatur of TPS for Haiti, pursuant to 5 U.S.C. § 705, on March 6, 2025. Memorandum of Law in Support of Pls.' Mot. Under 5 U.S.C. § 705 to Stay the Effective Date of DHS' Venezuela and Haiti Temporary Protected Status (TPS) Vacaturs and 2025 Venezuela Termination, *Haitian-American United, Inc. v. Trump,* No. 1:25-cv-10498 (D. Mass. Mar. 3, 2025), ECF No. 10.

14. Like this Court, following Judge Chen's order in *National TPS Alliance v. Noem*, Judge Richard G. Stearns issued an order denying the plaintiffs' motion as "moot" on April 1, 2025, finding that that "plaintiffs have already received the relief they request." Electronic Order, *Haitian-American United, Inc. v. Trump,* No. 1:25-cv-10498 (D. Mass. Mar. 3, 2025), ECF No. 39.

**Next Steps in This Case**

15. The Parties have agreed to a proposed briefing schedule for Defendants' Motion to Dismiss pursuant to which Plaintiffs' Opposition to the Motion will be due on May 19, 2025 and Defendants' Reply thereto will be due on June 2, 2025.

16. The Parties also propose that the March 11, 2025 stay of proceedings, ECF No. 33, on Plaintiffs' Motion for Partial Summary Judgment, ECF No. 8, be lifted and that Defendants' Opposition thereto be filed on June 2, 2025 (concurrently with their Reply on their Motion to Dismiss)

4

and that Plaintiffs' Reply be filed June 17, 2025.

17. The Parties accordingly request the Court enter the attached [Proposed] Order.

Date: May 1, 2025

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Nowell D. Bamberger
Nowell D. Bamberger (21111)
Matthew D. Slater (05582)
Rathna J. Ramamurthi (*pro hac vice*)
Madeline Hundley (*pro hac vice*)
Gillian Isabelle (*pro hac vice*)
Ava Kazerouni (*pro hac vice*)
2112 Pennsylvania Ave NW
Washington, D.C. 20037
Tel. (202) 974-1500
Fax (202) 974-1999
nbamberger@cgsh.com
mslater@cgsh.com
rramamurthi@cgsh.com
mhundley@cgsh.com
gisabelle@cgsh.com
akazerouni@cgsh.com

WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

Ryan Downer (*pro hac vice*)
Sarah L. Bessell (30969)
Madeleine Gates (31508)
Ellie M. Driscoll (*pro hac vice*)
700 14th St. #400
Washington, D.C. 20005
Tel. (202) 319-1000
Fax (202) 319-1010
ryan_downer@washlaw.org

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM H. WEILAND
(Mass. Bar 661433)
Senior Litigation Counsel

ERIC SNYDERMAN (VA Bar 99563)
ANNA DICHTER (NJ Bar 304442019)
LAUREN BRYANT (NY Bar 5321880)
CATHERINE ROSS (DC Bar 9007404)
Trial Attorneys

/s/ Sarah L. Vuong
SARAH L. VUONG
(CA Bar. 258528)
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-1263
Sarah.L.Vuong@usdoj.gov

*Attorneys for Defendants*

sarah_bessell@washlaw.org
madeleine_gates@washlaw.org
ellie_driscoll@washlaw.org


CASA, INC.

Nicholas Katz, Esq. (21920)
Hyattsville, MD 20783
Tel. 240-491-5743
nkatz@wearecasa.org
MAKE THE ROAD NEW YORK

Harold A. Solis (*pro hac vice*)
Paige Austin (*pro hac vice*)
301 Grove Street
Brooklyn, NY 11237
Tel. (718) 418-7690
Fax (866) 420-9169
harold.solis@maketheroadny.org
paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*