## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Case No.: 8:25-cv-00525-GLR |

## <u>ORDER</u>

Pursuant to the Parties' May 1, 2025 Joint Status Report, the following schedule will govern further proceedings in this matter:

(1)    Plaintiffs will file any Opposition to Defendants' Motion to Dismiss, ECF No. 54, by May 19, 2025, and Defendants will file any Reply thereto by June 2, 2025.

(2)    The stay of Plaintiffs' Motion for Partial Summary Judgment, ECF No. 33, is lifted.

(3)    Defendants will file any Opposition to Plaintiffs' Motion for Partial Summary Judgment, ECF No. 8, by June 2, 2025, and Plaintiffs will file any Reply thereto by June 17, 2025.

(4)    Plaintiffs' Motion for Clarification (ECF No. 51) is DENIED. As with any other civil litigation, the Local Rules and Federal Rules of Civil Procedure govern this case.

(5)    The Parties shall submit a Joint Status Report within 45 days of the date of this Order.

SO ORDERED, this __5th_ day of May, 2025

_____/s/_____
George L. Russell III
Chief United States District Judge