YAAKOV M. ROTH
Acting Assistant Attorney General
SARAH L. VUONG
Assistant Director
WILLIAM H. WEILAND
Senior Litigation Counsel
ANNA L. DICHTER
LAUREN BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
AMANDA SAYLOR
ERIC SNYDERMAN
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2405
Facsimile: (202)-305-7000
E-mail: Anna.L.Dichter@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | |
|---|---|
| CASA INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, Secretary of Homeland Security, *et al.*,<br><br>　　　　　Defendants. | Case No. 8:25-cv-00525<br><br>**NOTICE OF DECISION**<br><br>Judge: Hon. George Levi Russell, III |

On May 19, 2025, the Supreme Court, in an 8-1 ruling, granted the government's application to stay the Court's March 31, 2025 Order in *Noem v. Nat. TPS Alliance*, No. 24A1059 (S. Ct. May 19, 2025). The Supreme Court's Order applies to that court's Order granting a motion to postpone the Secretary of Homeland Security's "decision to vacate the extension of the 2023 Designation and to terminate the 2023 Designation" as to Venezuela. *Nat. TPS Alliance*, --- F.Supp.3d ----, 2025 WL 957677, at *47 (N.D. Cal. Mar. 31, 2025). The March 31 postponement order is therefore stayed "pending the disposition of the appeal in the United States Court of Appeals for the Ninth Circuit and disposition of a petition for a writ of certiorari." *Noem v. Nat. TPS Alliance*, No. 24A1059 (S. Ct. May 19, 2025).

In granting relief, the Supreme Court concluded that the government established "a likelihood of success on the merits, a reasonable probability of obtaining certiorari, and a likelihood of irreparable harm." *See Hollingsworth v. Perry*, 558 U.S. 183, 190 (2010) (per curiam). The government's merits arguments were that the court's Order contravened the express bar on judicial review at 8 U.S.C. § 1254a(b)(5)(A), failed to recognize the Secretary's authority to reconsider as yet-inoperative actions, and accepted a baseless equal protection theory. On the other *Hollingsworth* factors, the government argued that the court's order intruded on an area of Executive Branch operations that Congress left to the Executive Branch's discretion and harmed the Government in light of the Secretary's determination that the extension of Venezuela's TPS designation would harm the United States' national security and public safety, while also straining public resources. In granting a stay, the Supreme Court necessarily agreed with the government on the merits and the equities.

Dated: May 20, 2025                         Respectfully submitted,

                                            YAAKOV M. ROTH
                                            Acting Assistant Attorney General

Civil Division

SARAH L. VUONG
Assistant Director (CA Bar. 258528)

WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel

ERIC SNYDERMAN (VA Bar 99563)
ANNA DICHTER (NJ Bar 304442019)
LAUREN BRYANT(NY Bar 5321880)
JEFFREY HARTMAN (WSBA 49810)
AMANDA SAYLOR (FL Bar 1031480)
Trial Attorneys

/s/  Catherine Ross
CATHERINE ROSS
Trial Attorney (DC Bar 9007404)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4404
Catherine.ross@usdoj.gov

Attorneys for the Defendants