# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Case No.: 8:25-cv-00525-GLR |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF DECISION

Plaintiffs CASA, Inc., and Make the Road New York respectfully submit this Response to Defendants Department of Homeland Security ("DHS") and DHS Secretary Kristi Noem's Notice of Decision, ECF. No. 58 (the "Notice"), regarding the Supreme Court's March 19, 2025 order in *Noem v. Nat'l TPS All.*, No. 24A1059 (S. Ct. May 19, 2025). The Supreme Court's order is attached hereto as Exhibit 1 (the "Order").

The Order is opaque and contains none of the conclusions described in the Notice. *See* Order. Moreover, the Court's recent practice does not discernibly follow the criteria articulated by Defendants. *Compare A.A.R.P v. Trump*, 605 U.S. __ (2025) (Alito, J., dissenting) (arguing the majority wrongfully granted emergency injunctive relief despite applicants' failure to satisfy the requirements for such relief, including a showing of likelihood of success on the merits) *with Libby v. Fecteau*, 605 U.S. __ (2025) (Jackson, J., dissenting) (emphasizing the majority's "clear departure from past practice" and "failure to articulate clear standards for when emergency relief is appropriate" when applicants did not show "critical and exigent circumstances"; "normal

certiorari factors"; and that "their right to relief is indisputably clear"). Defendants' attempt to add words to make the Order say what they want is therefore without foundation and futile.

Notably, the Order does not challenge the jurisdiction of the Ninth Circuit or the Northern District of California. *See* Order. The most that can be discerned from the Order, therefore, is that the case should proceed to the merits without intermediate relief under Section 705. *See id.* This is consistent with how this Court has organized these proceedings thus far. Indeed, Plaintiffs sought to follow that course from the outset of this case by moving for partial summary judgment. *See* ECF No. 8 (the "MPSJ"). The MPSJ raises narrow and discrete legal issues that the Court can address without further factual development and that would afford full relief. *See id.* Defendants chose instead a dilatory course by moving to stay summary judgment briefing. *See* ECF No. 27. That course has prejudiced Plaintiffs and their members by preventing this Court from ruling on the merits of Plaintiffs' claims before the stated effective date of the putative termination.

Summary judgment briefing is now back on course, and nothing in the Order relieves the Defendants from responding to the MPSJ in accordance with the schedule set by the Court. *See* ECF No. 56. Plaintiffs respectfully request that the Court set the MPSJ for a hearing at its earliest opportunity following the completion of briefing on June 17, 2025. *See id.*; Fed. R. Civ. P. 57; L.R. 105.6.

Date: May 23, 2025

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Nowell D. Bamberger*
     Nowell D. Bamberger (21111)
     Matthew D. Slater (05582)
     Rathna J. Ramamurthi (*pro hac vice*)
     Madeline Hundley (*pro hac vice*)
     Gillian Isabelle (*pro hac vice*)
     Ava Kazerouni (*pro hac vice*)
     2112 Pennsylvania Ave NW
     Washington, D.C. 20037
     Tel. (202) 974-1500
     Fax (202) 974-1999
     nbamberger@cgsh.com
     mslater@cgsh.com
     rramamurthi@cgsh.com
     mhundley@cgsh.com
     gisabelle@cgsh.com
     akazerouni@cgsh.com

WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

     Ryan Downer (*pro hac vice*)
     Sarah L. Bessell (30969)
     Madeleine Gates (seeking admission to D.Md.)
     Ellie M. Driscoll (*pro hac vice*)
     700 14th St. #400
     Washington, D.C. 20005
     Tel. (202) 319-1000
     Fax (202) 319-1010
     ryan_downer@washlaw.org
     sarah_bessell@washlaw.org
     madeleine_gates@washlaw.org
     ellie_driscoll@washlaw.org

CASA, INC.

>Nicholas Katz, Esq. (21920)
>Hyattsville, MD 20783
>Tel. (240) 491-5743
>nkatz@wearecasa.org

MAKE THE ROAD NEW YORK

>Harold A. Solis (*pro hac vice*)
>Paige Austin (*pro hac vice*)
>301 Grove Street
>Brooklyn, NY 11237
>Tel. (718) 418-7690
>Fax (866) 420-9169
>harold.solis@maketheroadny.org
>paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                              */s/ Nowell D. Bamberger*
                                              Nowell D. Bamberger