UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Case No.: 8:25-cv-00525-GLR |

## JOINT STATUS REPORT

Pursuant to this Court's May 5, 2025 Order, ECF No. 56 (the "Order"), Plaintiffs CASA, Inc. and Make the Road New York (together, the "Plaintiffs") and Defendants Department of Homeland Security ("DHS") and Kristi Noem in her official capacity as DHS Secretary (together, the "Defendants"), by and through their undersigned counsel, hereby make the following joint report to the Court on developments since their last Status Report on May 1, 2025. *See* ECF No. 55.

**Procedural History**

1. On March 3, 2025, Plaintiffs moved for partial summary judgment as to Counts I and II of Plaintiffs' Complaint ("Motion for Partial Summary Judgment"). ECF No. 8. On March 11, 2025, the Court granted Defendants' request to stay Plaintiffs' Motion for Partial Summary Judgment. ECF No. 33.

2. On March 11, 2025, Plaintiffs moved pursuant to 5 U.S.C. § 705 to stay the effective date of Defendants' vacatur of the January 17, 2025 extension of Temporary Protected

Status ("TPS") for Venezuelans[1] (the "Vacatur") and the subsequent termination of Venezuela's 2023 TPS Designation (the "Termination"). ECF No. 32 ("Motion to Stay"). On April 1, 2025, the Court denied as "moot" "without prejudice" Plaintiffs' Motion to Stay. ECF No. 49.

3. On April 28, 2025, Defendants filed a motion to dismiss Plaintiffs' Complaint ("Motion to Dismiss"). ECF No. 54.

4. On May 5, 2025, pursuant to a joint request by the Parties, the Court lifted the stay on briefing for Plaintiffs' Motion for Partial Summary Judgment and set a briefing schedule for both Plaintiffs' Motion for Partial Summary Judgment and Defendants' Motion to Dismiss. ECF No. 56.

5. Pursuant to the Order, on May 19, 2025, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss, ECF No. 57, and on June 2, 2025, Defendants filed a Reply in support of their Motion to Dismiss, ECF No. 60.

6. Further, pursuant to the Order, on June 2, 2025, Defendants filed an Opposition to Plaintiffs' Motion for Partial Summary Judgment, ECF No. 61, and on June 17, 2025, Plaintiffs filed a Reply in support of their Motion for Partial Summary Judgment, ECF No. 62.

**Status of Related Litigation**

7. Parallel litigation against Defendants has continued in both the Northern District of California[1] and the District of Massachusetts.

8. ***Nat'l TPS All. v. Noem*, No. 25-cv-1766-EMC (N.D. Cal.).** In *National TPS Alliance v. Noem*, there are concurrent proceedings in the Northern District of California and the Ninth Circuit.

9. *Ninth Circuit Proceedings.* Following Judge Edward M. Chen's granting of a motion

---

[1] On March 20, 2025, the plaintiffs filed their First Amended Complaint to include additional allegations relating to Defendants' "partial vacatur" of the July 1, 2024 extension and redesignation of Haiti for TPS. First Am. Compl., *Nat'l TPS All. v. Noem*, No. 25-cv-1766-EMC (N.D. Cal. Mar. 20, 2025), ECF No. 74.

to postpone the Vacatur and Termination pursuant to 5 U.S.C. § 705, *Nat'l TPS All. v. Noem*, 2025 WL 957677, at *47 (N.D. Cal. Mar. 31, 2025), Defendants appealed the California Decision and moved to stay it on April 1, 2025.  Defs' Emergency Motion to Stay the Order of Postponement Pending Appeal, *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. Apr. 1, 2025), ECF No. 95. Briefing on the appeal concluded on June 18, 2025.[2]  Oral argument is scheduled for July 16, 2025. Notice of Oral Argument, *Nat'l TPS All. v. Noem*, No. 25-2120 (9th Cir. June 16, 2025), ECF No. 26.

10. On May 1, 2025, Defendants moved in the Supreme Court to stay Judge Chen's order or to limit it to the named members of the organizational plaintiffs.  On May 19, 2025, the Supreme Court granted Defendants' requested stay of Judge Chen's order.  *Noem v. Nat'l TPS All.*, No. 24A1059 (S. Ct. May 19, 2025); *see also* ECF No. 59-1.

11. *District Court Proceedings.*  On April 29, 2025, Defendants moved to dismiss the plaintiffs' First Amended Complaint.  *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. Apr. 29, 2025), ECF No. 122.  Briefing concluded on June 10, 2025.  The district court will hear argument on this motion on July 11, 2025.  Clerk's Notice Rescheduling Motion Hearing, *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. May 5, 2025), ECF No. 131.

12. On June 3, 2025, the plaintiffs moved for partial summary judgment.  *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. June 3, 2025), ECF No. 165.  On June 17, 2025, Defendants filed an Opposition and Cross-Motion for Summary Judgment.  *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. June 17, 2025), ECF No. 199.  Pursuant to a stipulation and the district court's order, on or before, June 27, 2025, the plaintiffs will file a Reply in support of their Motion for Partial Summary Judgment and an Opposition to Defendants' Motion for

---

[2] On April 25, 2025, Defendants had moved to stay the district court proceedings pending the Ninth Circuit's decision on appeal.  *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. Apr. 25, 2025), ECF No. 115.  Judge Chen denied the motion on May 29, 2025.  Civil Minutes, *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. May. 29, 2025), ECF No. 161.

Summary Judgment, and Defendants waived their right to file a Reply in support of their Cross-Motion for Summary Judgment. Stipulation, *Nat'l TPS All. v. Noem*, No. 3:25-cv-1766 (N.D. Cal. May 27, 2025), ECF No. 152. The district court will hear argument on this motion on July 11, 2025. *Id.*

13. **_Haitian-American United, Inc. v. Trump_, No. 1:25-cv-10498 (D. Mass.).** In *Haitian-American United, Inc. v. Trump*, on May 6, 2025, the defendants moved to dismiss the plaintiffs' Complaint. *Haitian-American United, Inc. v. Trump*, No. 1:25-cv-10498 (D. Mass. May 6, 2025), ECF No. 43. Briefing concluded on June 10, 2025. As of the date of this filing, argument on this motion has not been scheduled.

**Next Steps in This Case**

14. Both the Motion to Dismiss and Motion for Partial Summary Judgment in this case are now fully-briefed and, subject to the Court holding argument on either, are ripe for decision.

15. Plaintiffs have requested that this Court hear oral argument on Plaintiffs' Motion for Partial Summary Judgment. *See* ECF No. 8.

Date: June 20, 2025

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   */s/ Nowell D. Bamberger*
Nowell D. Bamberger (21111)
Matthew D. Slater (05582)
Rathna J. Ramamurthi (*pro hac vice*)
Madeline Hundley (*pro hac vice*)
Gillian Isabelle (*pro hac vice*)
Ava Kazerouni (*pro hac vice*)
2112 Pennsylvania Ave NW
Washington, D.C. 20037
Tel. (202) 974-1500
Fax (202) 974-1999
nbamberger@cgsh.com
mslater@cgsh.com
rramamurthi@cgsh.com
mhundley@cgsh.com
gisabelle@cgsh.com
akazerouni@cgsh.com

WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

Ryan Downer (*pro hac vice*)
Sarah L. Bessell (30969)
Madeleine Gates (31508)
Ellie M. Driscoll (*pro hac vice*)
700 14th St. #400
Washington, D.C. 20005
Tel. (202) 319-1000
Fax (202) 319-1010
ryan_downer@washlaw.org
sarah_bessell@washlaw.org
madeleine_gates@washlaw.org
ellie_driscoll@washlaw.org

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM H. WEILAND
(Mass. Bar 661433)
Senior Litigation Counsel

SARAH L. VUONG
(CA Bar 258528)
Assistant Director

ERIC SNYDERMAN (VA Bar 99563)
LAUREN BRYANT (NY Bar 5321880)
CATHERINE ROSS (DC Bar 9007404)
Trial Attorneys

*/s/ Anna L. Dichter*
ANNA L. DICHTER (NJ Bar 30442019)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-2405
Anna.L.Dichter@usdoj.gov

*Attorneys for Defendants*

MAKE THE ROAD NEW YORK

Harold A. Solis (*pro hac vice*)
Paige Austin (*pro hac vice*)
301 Grove Street
Brooklyn, NY 11237
Tel. (718) 418-7690
Fax (866) 420-9169
harold.solis@maketheroadny.org
paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*