UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>      *Defendants*. | Case No.: 8:25-cv-00525-GLR |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs CASA, Inc. ("CASA") and Make the Road New York ("MRNY") respectfully submit as supplemental authority the order recently entered in *CASA, Inc. v. Noem*, Case No. 8:25-cv-01484-TDC (D. Md. July 10, 2025) ("*CASA*," attached as **Exhibit A**). This decision is relevant to Plaintiffs' pending Motion for Partial Summary Judgment, ECF No. 8, and Defendants' pending Motion to Dismiss, ECF No. 54.

In a case concerning Temporary Protected Status ("TPS") for Afghanistan and Cameroon, the District Court of Maryland in *CASA* denied cross-motions for summary judgment and the Government's motion to dismiss.[1] Of particular relevance to CASA's Motion for Partial Summary Judgment on Counts I and II in the present case, the Court held that (1) 8 U.S.C. § 1254a(b)(5)(A) does not bar claims, like those at issue here, "that advance a legal challenge to DHS's interpretation of

---

[1] On July 14, 2025, plaintiffs in that case filed an emergency motion to the Fourth Circuit for postponement of agency action pending appeal and requested and administrative stay. *See* Appellant's Emergency Motion for Postponement of Agency Action Pending Appeal and Request for Administrative Stay, *CASA, Inc. v. Noem et al.*, Dkt. 25-1792 (4th Cir. July 14, 2025), ECF No. 4. That same day, the Fourth Circuit granted the requested administrative stay until Monday, July 21, 2025, at 11:59 p.m. *See* Order, *CASA, Inc. v. Noem et al.*, Dkt. 25-1792 (4th Cir. July 14, 2025), ECF No. 7.

the provisions governing the timing of terminations and extensions [of TPS] and do not seek review of the Secretary's individual determinations on whether to terminate the TPS designations," *CASA* at 20, and (2) that the bar on injunctions in 8 U.S.C. § 1252(f)(1) does not apply to Section 1254a at all, *id.* at 24–26, and even if it did, it would not bar claims, like those here, for declaratory relief and vacatur under the APA, *id.* at 26–27.  Finally, *CASA* held that allegations like those in Counts III–VI of the present Complaint sufficiently pled claims that the terminations of TPS in that case were "arbitrary and capricious" or "otherwise not in accordance with law" under 5 U.S.C. § 706(2)(A) so as to warrant denial of the Government's motion to dismiss.  *See CASA* at 40–46.

Date: July 14, 2025

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Nowell D. Bamberger*
Nowell D. Bamberger (21111)
Matthew D. Slater (05582)
Rathna J. Ramamurthi (*pro hac vice*)
Madeline Hundley (*pro hac vice*)
Gillian Isabelle (*pro hac vice*)
Ava Kazerouni (*pro hac vice*)
2112 Pennsylvania Ave NW
Washington, D.C. 20037
Tel. (202) 974-1500
Fax (202) 974-1999
nbamberger@cgsh.com
mslater@cgsh.com
rramamurthi@cgsh.com
mhundley@cgsh.com
gisabelle@cgsh.com
akazerouni@cgsh.com

WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

>Ryan Downer (*pro hac vice*)
>Sarah L. Bessell (30969)
>Madeleine Gates (31508)
>Ellie M. Driscoll (*pro hac vice*)
>700 14th St. #400
>Washington, D.C. 20005
>Tel. (202) 319-1000
>Fax (202) 319-1010
>ryan_downer@washlaw.org
>sarah_bessell@washlaw.org
>madeleine_gates@washlaw.org
>ellie_driscoll@washlaw.org

MAKE THE ROAD NEW YORK

>Harold A. Solis (*pro hac vice*)
>Paige Austin (*pro hac vice*)
>301 Grove Street
>Brooklyn, NY 11237
>Tel. (718) 418-7690
>Fax (866) 420-9169
>harold.solis@maketheroadny.org
>paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*

3