UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK,<br><br>      *Plaintiffs*,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>      *Defendants*. | Case No.: 8:25-cv-00525-GLR |

## NOTICE OF SUPPLEMENTAL AUTHORITY

  Plaintiffs CASA, Inc. ("CASA") and Make the Road New York ("MRNY") respectfully bring to the Court's attention the order recently entered by the Fourth Circuit in *CASA, Inc. v. Noem et al.*, No. 25-1792 (4th Cir. July 21, 2025), ECF No. 12 ("*CASA*," attached as **Exhibit A**).

  As noted in Plaintiffs' July 14, 2025 notice of supplemental authority, ECF No. 68, the plaintiff in *CASA* filed an emergency motion to the Fourth Circuit for postponement of agency action pending appeal pursuant to 5 U.S.C. § 705.  On July 21, 2025, the Fourth Circuit denied CASA's motion without reaching the merits.  In its order, the Fourth Circuit agreed with the District Court of Maryland that CASA had "stated a plausible claim for relief," *CASA* at 1, and "urge[d] the district court to move expeditiously to minimize the uncertainty that will likely result from protracted litigation" of the claims under 5 U.S.C. § 706, *id.* at 2.

Date: July 28, 2025

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By:    <u>/s/ Nowell D. Bamberger</u>
              Nowell D. Bamberger (21111)
              Matthew D. Slater (05582)
              Rathna J. Ramamurthi (*pro hac vice*)
              Madeline Hundley (*pro hac vice*)
              Gillian Isabelle (*pro hac vice*)
              Ava Kazerouni (*pro hac vice*)
              2112 Pennsylvania Ave NW
              Washington, D.C. 20037
              Tel. (202) 974-1500
              Fax (202) 974-1999
              nbamberger@cgsh.com
              mslater@cgsh.com
              rramamurthi@cgsh.com
              mhundley@cgsh.com
              gisabelle@cgsh.com
              akazerouni@cgsh.com

        WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

              Ryan Downer (*pro hac vice*)
              Sarah L. Bessell (30969)
              Madeleine Gates (31508)
              Ellie M. Driscoll (*pro hac vice*)
              700 14th St. #400
              Washington, D.C. 20005
              Tel. (202) 319-1000
              Fax (202) 319-1010
              ryan_downer@washlaw.org
              sarah_bessell@washlaw.org
              madeleine_gates@washlaw.org
              ellie_driscoll@washlaw.org

3

>Make the Road New York
>
>>Harold A. Solis (*pro hac vice*)
>>Paige Austin (*pro hac vice*)
>>301 Grove Street
>>Brooklyn, NY 11237
>>Tel. (718) 418-7690
>>Fax (866) 420-9169
>>harold.solis@maketheroadny.org
>>paige.austin@maketheroadny.org
>
>*Attorneys for Plaintiffs*