UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC. and MAKE THE ROAD NEW YORK,<br><br>                *Plaintiffs*,<br><br>   v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>                *Defendants*. | Case No.: 8:25-cv-00525-GLR |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs CASA, Inc. ("CASA") and Make the Road New York ("MRNY") respectfully bring to the Court's attention the order recently entered by the Northern District of California in *National TPS Alliance, et al. v. Noem et al.*, Case No. 25-cv-05687-TLT (N.D. Cal. July 31, 2025), ECF No. 73 ("*Nat'l TPS*," attached as **Exhibit A**). This decision is relevant to Plaintiffs' pending Motion for Partial Summary Judgment, ECF No. 8, and Defendants' pending Motion to Dismiss, ECF No. 54.

In this recent decision regarding Department of Homeland Security Secretary Kristi Noem's June 6, 2025 termination of Nepal's Temporary Protected Status ("TPS") and her July 8, 2025 terminations of Honduras's and Nicaragua's TPS, the district court granted plaintiffs' motion for postponement of the Nepal, Honduras, and Nicaragua TPS terminations. Of particular relevance to the pending motions in this case, the court held that neither 8 U.S.C. § 1254a(b)(5) nor 8 U.S.C. § 1252(f)(1) bar judicial review of the TPS terminations. *Nat'l TPS* at 14–20. In addition, the court held that (1) plaintiffs were likely to succeed on the merits of their APA and

equal protection clause claims, *id.* at 20–30; (2) as defendants conceded, plaintiffs would suffer harm, which the court found to be irreparable absent relief, *id.* at 30–32; and (3) the "balance of harms and the public's interest weigh[ed] in favor" of granting relief, *id.* at 32–34.

Date: August 11, 2025

                                             Respectfully submitted,

                                             CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   */s/ Nowell D. Bamberger*
       Nowell D. Bamberger (21111)
       Matthew D. Slater (05582)
       Rathna J. Ramamurthi (*pro hac vice*)
       Madeline Hundley (*pro hac vice*)
       Gillian Isabelle (*pro hac vice*)
       Ava Kazerouni (*pro hac vice*)
       2112 Pennsylvania Ave NW
       Washington, D.C. 20037
       Tel. (202) 974-1500
       Fax (202) 974-1999
       nbamberger@cgsh.com
       mslater@cgsh.com
       rramamurthi@cgsh.com
       mhundley@cgsh.com
       gisabelle@cgsh.com
       akazerouni@cgsh.com

WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

       Ryan Downer (*pro hac vice*)
       Sarah L. Bessell (30969)
       Madeleine Gates (31508)
       700 14th St. #400
       Washington, D.C. 20005
       Tel. (202) 319-1000
       Fax (202) 319-1010
       ryan_downer@washlaw.org
       sarah_bessell@washlaw.org
       madeleine_gates@washlaw.org

                                                  MAKE THE ROAD NEW YORK

                                                  Harold A. Solis (*pro hac vice*)
                                                  Paige Austin (*pro hac vice*)
                                                  301 Grove Street
                                                  Brooklyn, NY 11237
                                                  Tel. (718) 418-7690
                                                  Fax (866) 420-9169
                                                  harold.solis@maketheroadny.org
                                                  paige.austin@maketheroadny.org

*Attorneys for Plaintiffs*