UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>        v.<br><br>KRISTI NOEM, in her official capacity as<br>Secretary of Homeland Security, *et al.*,<br><br>                              Defendants. | Case No. 8:25-cv-00525-GLR |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101, undersigned counsel Sarah L. Vuong respectfully seeks leave

of court to withdraw as counsel of record in the above-captioned matter. As good cause, counsel

states that she is leaving her position at the Department of Justice and can no longer represent the

Government in this matter. Defendants remain represented by other counsel of record.

DATED: August 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
U.S. Dept. of Justice, Civil Division

ANNA L. DICHTER
Senior Litigation Counsel

*/s/ Sarah L. Vuong*
SARAH L. VUONG
Assistant Director
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-1263
Email: sarah.l.vuong@usdoj.gov

*Counsel for Defendants*